# WILSON, BAVE, CONBOY, COZZA & COUZENS, P.C.

William H. Bave, Jr.
John C. Couzens, Jr.

Alexandra C. Karamitsos*
James A. Rogers
Claudine L. Weis
Joel A. Hirshfield

Ryan Paul. Caron
Louis A. Lopez

*Member NY & CT Bar

ATTORNEYS AT LAW
707 WESTCHESTER AVENUE – SUITE 213
WHITE PLAINS, NEW YORK 10604

Tel No. (914) 686-9010
Fax No. (914) 686-0873
E-Mail Wbccc@wbccc.com

William H. Bave (1919-1991)
Donald C. Wilson (1917-1994)
R. Kevin Conboy (1946-2007)
Michael J. Cozza (ret. 2018)

Daniel A. Seymour
Of Counsel

August 3, 2023

**Via ECF**
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

ATT: United States Magistrate Judge Victoria Reznick

Re: Gonzalez Mendez v. Gerundo
Docket No. 7:23-CV-1197

Dear Magistrate Judge Reznick:

This firm represents defendant in the above-referenced action. A non-party subpoena was e-filed for the deposition of Isak Meza (ECF Doc. 18). He is the individual noted on the police accident report as an eye witness to the accident. It is respectfully requested the Court "So Order" this subpoena.

Respectfully,

Willam H. Bave, Jr.

WHB/jlr

cc: Ronai & Ronai, L.L.P. (via ECF)

Defendant's request for a subpoena is **GRANTED**.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

August 3, 2023