UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCTAVIO GONZALEZ MENDEZ,

                Plaintiff,

   v.

DONALD V. GERUNDO,

                Defendant.

No. 23-CV-1197 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    At a Conference held before the Court on November 8, 2023, the Court adopted the following briefing schedule:

    Plaintiff's Motion for Summary Judgment will be due no later than December 8, 2023. Defendant's response will be due no later than January 8, 2024, and Plaintiff's reply will be due no later than January 29, 2024.

SO ORDERED.

Dated:   November 13, 2023
           White Plains, New York

                                          KENNETH M. KARAS
                                          United States District Judge