UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

Octavio Gonzalez Mendez,

                              Plaintiff,                    23-CV-01197 (KMK)

    -against-                                     CALENDAR NOTICE

Donald V. Gerundo,

                              Defendant.
----------------------------------------------------------------------X

       Please take notice that the above captioned action has been scheduled for oral argument on the Plaintiff's Motion for Partial Summary Judgment before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, July 2, 2024 at 10:30 a.m. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195.

Dated: June 14, 2024
       White Plains, New York

                                                           So Ordered

                                                           Kenneth M. Karas, U.S.D.J.