UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OCTAVIO GONZALEZ MENDEZ,

                Plaintiff,

    v.

DONALD V. GERUNDO,

                Defendant.

No. 23-CV-1197 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      For the reasons stated on the record during the Court's July 2, 2024, hearing, Plaintiff's Motion for Partial Summary Judgment, (Dkt. Nos. 28, 29), is denied.  The Clerk of Court is respectfully directed to terminate the pending Motion.

SO ORDERED.

Dated:   July 2, 2024
           White Plains, New York

                                                  KENNETH M. KARAS
                                                  United States District Judge