UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OCTAVIO GONZALEZ MENDEZ,

*Plaintiff,*

v.

DONALD V. GERUNDO,

*Defendant.*

No. 23-CV-1197 (KMK)

SCHEDULING ORDER

---

KENNETH M. KARAS, United States District Judge:

The Court adopts the following schedule:

The jury selection and trial in this Action will begin on Monday, February 2, 2026, at 9:30 a.m. in Courtroom 521, 300 Quarropas Street, White Plains, New York, 10601.

In accordance with Section V.A of the Court's Individual Rules of Practice, the Parties' proposed voir dire, joint proposed jury instructions, and a joint verdict form, by no later than December 1, 2025.

In addition, the Parties shall file all motions in limine by no later than January 2, 2026. Responses to any in limine motions shall be due by no later than January 20, 2026. Failure to object or respond will waive subsequent objection.

The Parties' joint proposed jury instructions shall consist of a single document, noting any disagreements between the Parties. The proposed instructions should include both the text of any requested instruction as well as a citation, if available, to the authority from which it derives. Moreover, the Parties shall make every good faith effort to agree upon the proposed language. To that end, the Parties shall also note that with respect to the jury instructions and verdict form, the Court's use of the term "joint" does not mean submitting one document to the

Court with two different sets of proposed jury instructions or one document containing two

different verdict forms.

The Court will hold a final pre-trial conference on January 29, 2026, at 10:00 AM.  This

conference will be conducted in-person at the courthouse.

SO ORDERED.


Dated:    July 30, 2025
          White Plains, New York


_____
                    KENNETH M. KARAS
                    United States District Judge