

# Ronai & Ronai, LLP

Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

December 8, 2025

<u>Via ECF</u>
Hon. Kenneth M. Karas
United States District Court Judge
U.S. Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Gonzalez Mendez v. Gerundo
Docket No. 7:23-CV-1197 (KMK)(VR)

Dear Judge Karas:

The joint pretrial submissions are due today. Mr. Bave and I have conferred but require additional time to resolve some issues. It is respectfully requested the Court grant an adjournment for submission to tomorrow, December 9, 2025. This is a joint application.

Thank you for the Court's consideration.

Granted.

So Ordered.

12/8/25

Very truly yours,

Paul Cordella